```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

```
CASE NO. A12-53150PWB              PAUL W. BONAPFEL, JUDGE
DEBTOR(S): GARY L. BLACKMON        DATE: APRIL 18, 2012

     BRANDI L. KIRKLAND TO REPORT BACK IN 10 DAYS

     WHETHER DEBTOR'S PLAN PAYMENTS CURRENT

     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

     RECOMMENDS CONFIRMATION OF THE PLAN.
     WITHDRAWS HER OBJECTION TO CONFIRMATION.

     PLEASE ENTER AN ORDER OF CONFIRMATION.


                           _____/s/_____
                           BRANDI L. KIRKLAND, ATTORNEY FOR
                           CHAPTER 13 TRUSTEE
                           GA BAR NO. 423627
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia 30303
(404) 525-1110
brandik@atlch13tt.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR(S):

GARY L. BLACKMON
2230 COUNTRY CLUB DR.
CONYERS, GA 30013

ATTORNEY FOR DEBTOR(S):

DARRELL L. BURROW, P.C.
SUITE 100
2470 SATELLITE BLVD.
DULUTH, GA 30096

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 8th day of May, 2012


_____/s/_____
BRANDI L. KIRKLAND, ATTORNEY FOR
CHAPTER 13 TRUSTEE
GA BAR NO. 423627



Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia 30303
(404) 525-1110
brandik@atlch13tt.com